UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER VICENTE MENDEZ,<br>Petitioner,<br>v.<br>RON MURRAY, et al.,<br>Respondents. | No. 1:26-cv-05353-DAD-CKD<br><br>ORDER RELATING AND REASSIGNING CASES AND SETTING BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER |
| ELMER VICENTE MENDEZ,<br>Petitioner,<br>v.<br>RON MURRAY, et al.,<br>Respondents. | No. 1:26-cv-07571-DC-CKD<br>**New Case No. 1:26-cv-07571-DAD-CKD** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this

district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 1:26-cv-07571-DC-CKD shall be reassigned to the undersigned and Magistrate Judge Carolyn K. Delaney. The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-07571-DAD-CKD. It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

On September 17, 2026, petitioner filed a motion for temporary restraining order (Doc. No. 2) in the action now titled 1:26-cv-07571-DAD-CKD. Respondents are DIRECTED to file an opposition to the pending motion for temporary restraining order no later than September 22, 2026 at 5:00 p.m. If respondents oppose this court ruling on the underlying petition, then respondents are DIRECTED to indicate so and provide substantive reasons in support thereof in their opposition.

IT IS SO ORDERED.

Dated: **September 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE